United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael P. Quinlan
    Debtor

Case No. 17-13604-amc
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW      Page 1 of 1      Date Rcvd: Jul 24, 2017
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2017.
db           +Michael P. Quinlan,    1210 4th Avenue,    Essington, PA 19029-1815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13922875       +E-mail/Text: bankruptcyteam@quickenloans.com Jul 25 2017 01:42:18     Quicken Loans,
            1050 Woodward Ave,    Detroit, MI 48226-1906
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2017                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2017 at the address(es) listed below:
          GARY F. SEITZ     gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com
          MATTEO SAMUEL WEINER     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          MICHAEL GUMBEL     on behalf of Debtor Michael P. Quinlan mgumbel@bainbridgelawcenter.com
          REBECCA ANN SOLARZ     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          THOMAS I. PULEO     on behalf of Creditor    Quicken Loans Inc. tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                    TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Michael P. Quinlan | | CHAPTER 7 |
| | Debtor(s) | |
| Quicken Loans Inc. | Movant | NO. 17-13604 AMC |
| vs. | | |
| Michael P. Quinlan | Debtor(s) | 11 U.S.C. Section 362 |
| Gary F. Seitz | Trustee | |

**ORDER**

AND NOW, this 24th day of July, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified with respect to the subject premises located at 132 West Berkley Avenue, Clifton Heights, PA 19018 ("Property"), so as to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Ashely M. Chan
United States Bankruptcy Judge

Michael P. Quinlan
1210 4th Avenue
Essington, PA 19029

Michael Gumbel
Bainbridge Law Center
850 South 2nd Street
Philadelphia, PA 19147

Gary F. Seitz
Gellert Scali Busenkell & Brown LLC
The Curtis Center
601 Walnut Street
Suite 750 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532