Certificate Number: 01401-PAE-DE-029692769

Bankruptcy Case Number: 17-13604



01401-PAE-DE-029692769

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 7, 2017, at 12:46 o'clock PM EDT, Michael P Quinlan completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 7, 2017          By:    /s/Jeremy_Lark

Name:  Jeremy_Lark

Title:  FCC Manager